UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BUD RAY BROWN, ) <br> ) <br> Defendant. ) <br> ) | CR-07-095-LRS <br><br> Order Of Dismissal <br> Without Prejudice |

THIS MATTER coming before the Court upon the Agreed Motion to Dismiss Without Prejudice by the United States and the Defendant for an Order of Dismissal Without Prejudice. The Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that this matter be dismissed without prejudice. Leave of Court is granted for the filing of the foregoing dismissal without prejudice. The Court makes no judgment as to merit or wisdom of this dismissal.

DATED this ___17th___ day of October, 2007.

                                                           s/ Lonny R. Suko
                                                        Lonny R. Suko
                                                        United States District Court Judge

Order Of Dismissal Without Prejudice - 1